No. D–1045. IN RE DISBARMENT OF COHEN. It is ordered that Ronald Marvin Cohen, of Encino, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.